```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0006--CR (RRB)
                              "USA V RAMON YOFRANI CONTRERAS"
                              DEF 1.1 CONTRERAS, RAMON YOFRANI

                 Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
              Filed:  03/15/05
             Closed:  10/26/05
  No. of Defendants:  1
     MJ Case Number:  F05-0010--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
   Needs interpreter: NO
   Counsel of record: Kenneth L. Covell
                      712 8th Avenue
                      Fairbanks, AK 99701
                      907-452-4377
                      FAX 907-451-7802
                      Serve: YES
                       Type: Retained
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephen Cooper
                     U.S. Attorney's Office
                     101 12th Avenue, Box 2
                     Fairbanks, AK 99701
                     907-456-0245
                     FAX 907-456-0577
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



  Counts re: DEF 1.1 CONTRERAS, RAMON YOFRANI

  Document            Count     Citation and Description                        Disposition
  ─────────           ─────     ───────────────────────────                     ───────────
      1 -    1 IND      1       21 USC 846 and  841(b)(1A) CONSPIRACY TO        Dismissed
                                DISTRIBUTE CONTROLLED SUBSTANCE (F)             (23-1)

      1 -    1 IND      2       21 USC 841(a)(1) AND 841(b)(1)(B) (F)           Sentenced
                                                                                (23-1)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE F05-0006--CR (RRB)
                                "USA V RAMON YOFRANI CONTRERAS"

                                       For all filing dates


   Presiding Judge:   The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:   The Honorable Terrance W. Hall, U.S. Magistrate Judge
             Filed:   03/15/05
            Closed:   10/26/05
No. of Defendants: 1


 Document #   Filed      Docket text


     1 -   1  03/15/05   [Re: DEF 1] PLF 1 Indictment.

     2 -   1  03/15/05   [Re: DEF 1] RRB Grand Jury Minutes [ECR: Jennifer Kemp].

     3 -   1  03/15/05   [Re: DEF 1] Documents transferred from: F05-0010 MJ.

     4 -   1  03/16/05   [Re: DEF 1] JDR Minute Order from chambers, preliminary hearing vacated
                         and reset for an arraignment for Thursday March 17,2005 at 9:00 a.m. in
                         Fairbanks. cc: USA, USM, FPO, Magistrate Judge Roberts.

  NOTE -   1  03/17/05   Notation: Proposed trial date setting for arraignment and notice of
                         speedy trial act ddlns forwarded to chambers.

     5 -   1  03/17/05   [Re: DEF 1] JDR Court Minutes [ECR: Carolyn Bollman] from arr on
                         indictment held 03/17/2005: Def entered NG plea, disc conference
                         03/28/05; PTM's due 04/06/2005.  TBJ to be set before Judge Beistline.
                         cc: Cooper, Kovell, FPO, USM, Judge Beistline

     6 -   1  03/17/05   [Re: DEF 1] JDR Order regarding preparation for trial: Discovery
                         Conference 03/28/2005; PTM's due 04/06/2005. cc: Cooper, Covell, FPO,
                         USM, Judge Beistline

     7 -   1  03/22/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 5/16/05 at 8:30
                         a.m. in Fairbanks and FPTC for 5/10/05 at 8:30 a.m. in Courtroom #2 at
                         Anchorage. cc: AUSA, K. Covel, USM, USPO, MJ Roberts, JC

     8 -   1  03/25/05   [Re: DEF 1] JWS Order appointing Yolanda Salazar-Hobrough interpreter
                         for def at trial.  cc: AUSA, K. Covell, USM, USPO, MJ Roberts, Y.
                         Salazar-Hobrough

     9 -   1  03/31/05   [Re: DEF 1] PLF 1 Report re: conference of 3/28/05.

    10 -   1  04/11/05   [Re: DEF 1] JDR Minute Order reassigning magistrate referral to MJ Hall.
                         cc: USA; USM; USPO; K. Covell; Judge Beistline; MJ Roberts; MJ Hall.

    11 -   1  05/12/05   {SEALED}

    12 -   1  05/20/05   [Re: DEF 1] PLF 1 Plea Agreement.

    13 -   1  05/20/05   {SEALED}

    14 -   1  07/11/05   {SEALED}

    15 -   1  07/14/05   [Re: DEF 1] RRB Minute Order a rescheduling hearing re: the IOS is set
                         for 8/5/05 at 10:30 a.m. in Fairbanks, AK.  cc: AUSA, K. Covell, USM,
                         UPSO

    16 -   1  08/05/05   [Re: DEF 1] RRB Court Minutes [ECR: Jennifer Roberts] Rescheduling
                         hearing re IOS hearing. Court and counsel agreed to Friday, 10-28-05 at
                         10:30 a.m. in Fairbanks.  cc: USA; USM; USPO; K. Covell; Judge
```

```
                     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CRIMINAL DOCKET ENTRIES FOR CASE F05-0006--CR (RRB)
                                    "USA V RAMON YOFRANI CONTRERAS"

                                         For all filing dates

Document #   Filed       Docket text
_____   _____       _____
                         Beistline.

    17 -  1  09/20/05    {SEALED}

    18 -  1  09/28/05    [Re: DEF 1] RRB Minute Order a hearing on the unopposed motion for
                         further continuance of sentence is set for 9/30/05 at 9:00 a.m..  cc:
                         cnsl

    19 -  1  09/30/05    [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: hrg on unopposed
                         mot for further continuance of sent (17-1) held 9/30/05; granting
                         Unopposed motion for further continuance of sentencing. (17-1); cont IOS
                         set for 12/9/05 at 9:00 a.m.  cc: USA, K. COVELL, USM, USPO

    20 -  1  10/20/05    PLF 1; DEF 1 Stipulation to reset sentencing date to 10-21-05.

    21 -  1  10/20/05    {SEALED}

    22 -  1  10/21/05    {SEALED}

    23 -  1  10/26/05    {SEALED}

    24 -  1  11/15/05    [Re: DEF 1] Partial Transcript of proceeding of IOS held 10/21/05.
```